IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERGI KHECHIKASHVILI,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| **MICHAEL ROSE**, Field Office Director of | : | |
| Enforcement and Removal Operations, | : | |
| Philadelphia Field Office, Immigration and | : | NO. 26-109 |
| Customs Enforcement; **JAMAL L.** | : | |
| **JAMISON**, Warden of Philadelphia Federal | : | |
| Detention Center, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 8th day of January, 2026, upon consideration of Sergi Khechikashvili's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.**

It is **FURTHER ORDERED** as follows:

1. No later than **January 13, 2026,** the respondents shall file a response to the habeas petition and show cause why the petition should not be granted.

2. Petitioner Sergi Khechikashvili shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the respondents at the following email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

BY THE COURT:

_____
Hon. Mia R. Perez